IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 18-CR-30115-DRH |
| ) | |
| CARLYNNE L. DAVIS ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM & ORDER

**HERNDON, District Judge:**

This matter was referred to United States Magistrate Judge Stephen C. Williams for the specific purpose of conducting a plea to information hearing for defendant Davis, pursuant to 28 U.S.C. § 636, Local Rule 72.1(b)(2), and defendant's consent. [Doc. 7]. Pursuant to Federal Rule of Criminal Procedure 11, the plea to information hearing was held on June 21, 2018. [Doc. 8]. During the hearing, defendant Davis pled guilty to Count 1 of the Information, following a thorough colloquy with Judge Williams. Thereafter, Judge Williams issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty. [Doc. 11].

In accordance with 28 U.S.C. § 636(b)(1)(C), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent

1

objection, it is the finding of the Court in the case of *United States v. Davis*, that defendant Carlynne Davis was fully competent and capable of entering an informed plea, that defendant Davis was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offenses. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** defendant Davis **GUILTY** on Count 1 of the Information. The Court also **REMINDS** the parties that this matter is set for sentencing on October 5, 2018 at 10:00am.

    **IT IS SO ORDERED.**

Judge Herndon
2018.07.10
16:15:19 -05'00'

    **United States District Judge**